UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re: **Bankruptcy Case No.:** 11–13924
Charles Britton, Sr. and Urilee Britton **Chapter** 13
**Debtor**

# NOTICE OF DEFICIENCY

**To:** Brian Dilks

Your **Motion** is/are deficient for the following reason(s):

.

Claimant is asking for $1,922.58 but the amount deposited is $165.29.

Related document(s):

*50* – Motion to Withdraw Unclaimed Funds by LVNV Funding, LLC (Dilks, Brian)

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, July 10, 2020.  Sean McGinn
                                        Deputy Clerk