# DILKS & KNOPIK, LLC

"When Success Matters"

July 13, 2020

U.S. Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130

RE: Notice of Deficiency – Case Number: 11-13924 Debtor(s) Charles Britton, Sr. and Urilee Britton

Dear Friends:

We have received the Notice of Deficiency in regard to the release of unclaimed monies due and owing to North Star Capital Acquisition Corp. in the amount of $1,922.58.

With the notice of deficiency the court notes and/or requests the following:

1. Notice of Deficiency Other Reason; Claimant is asking for $1,922.58 but the amount deposited is $165.29. The corrected filing must be submitted within 2 business days.

In response to this notice, we respectfully submit the following:

1. A copy of the court unclaimed funds list showing $1,922.58 owing to North Star Capital Acquisition Corp.

Thank you for your assistance with this matter.

Sincerely,

Brian J. Dilks

35308 SE Center Street
Snoqualmie, WA 98065

Phone: 877-836-5728 x107
Fax: 800-713-9887
Email: admin@dilksknopik.com

www.dilksknopik.com

# U.S. Courts Unclaimed Funds Locator

[Home] [About]

**Court / LAEB** [Edit Search]

| | |  | | |
|---|---|---|---|---|
| Case Number | | 11-13924 | Page Total | $2,211.81 |
| Last/Business Name | | Britton, Charles & Urilee | First Name | |

**Creditors | 3**

| | Court | Creditor Name | Amount |
|---|---|---|---|
| ✉ | LAEB | Ut System Obo Ut | $123.94 |
| ✉ | LAEB | Ut System Obo Ut | $165.29 |
| ✉ | LAEB | North Star Capital Acquisition Corp. | $1,922.58 |

First   Prev   Next   Last